**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| JANIS SHUMWAY, Individually,<br>    Plaintiff, | :<br>:<br>: |
| v. | : |
| | : Case No. 2:21-cv-103 |
| ALGER FALLS MOTEL, LLC,<br>    Defendant.<br>_____/ | :<br>:<br>: |

**NOTICE OF DISMISSAL WITH PREJUDICE [FRCP 41(A)]**

Plaintiff, by and through undersigned counsel, hereby notifies this Court pursuant to FRCP 41(a)(1)(A)(i) that this action is dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: July 19, 2021

*/s/ Tristan W. Gillespie, Esq.*
Tristan W. Gillespie, Esq.

THOMAS B. BACON, P.A.
600 Blakenham Ct.
Johns Creek, GA 30022
Gillespie.tristan@gmail.com
404-276-7277

ATTORNEYS FOR PLAINTIFF